**NOT FOR PUBLICATION**

```
            IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
                DIVISION OF ST. THOMAS AND ST. JOHN
                                          )
ALAN P. BORGHI,                           )
                                          )
           Plaintiff,                     )
                                          )
           v.                             )   Civil No. 2008-36
                                          )
PURPLE GROUP, INC., d/b/a PURPLE          )
PAPAYA OF ST. THOMAS, and Z&E,            )
INC., d/b/a PURPLE PAPAYA,                )
                                          )
           Defendants.                    )
                                          )
```

**ATTORNEYS:**

**Karin A. Bentz, Esq.**
St. Thomas, U.S.V.I.
   *For the plaintiff,*

**Charles Edward Lockwood, Esq.**
St. Croix, U.S.V.I.
   *For the defendants.*

## ORDER

**GÓMEZ, C.J.**

Before the Court is the motion of defendant Purple Group, Inc., d/b/a Purple Papaya of St. Thomas ("Purple Group") for summary judgment against the plaintiff, Alan P. Borghi ("Borghi"). The premises considered, it is hereby

**ORDERED** that the motion for summary judgment is **DENIED**.

                              S_____
                                 **Curtis V. Gómez**
                                   **Chief Judge**