**FOR PUBLICATION**

```
         IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
             DIVISION OF ST. THOMAS AND ST. JOHN
                                    )
ALAN P. BORGHI,                     )
                                    )
          Plaintiff,                )
                                    )
          v.                        )
                                    )
PURPLE GROUP, INC., d/b/a PURPLE    )
PAPAYA OF ST. THOMAS, and Z&E,      )   Civil No. 2008-36
INC., d/b/a PURPLE PAPAYA,          )
                                    )
          Defendants.               )
                                    )
```

**ATTORNEYS:**

**Karin A. Bentz, Esq.**
St. Thomas, U.S.V.I.
    *For the plaintiff,*

**Charles Edward Lockwood, Esq.**
St. Croix, U.S.V.I.
    *For the defendants.*

## ORDER

**GÓMEZ, C.J.**

Before the Court is the motion of defendant Z&E, Inc. ("Z&E") to transfer this matter to the Division of St. Croix. Additionally, defendant Purple Group, Inc., d/b/a Purple Papaya of St. Thomas ("Purple Group") has joined in the motion. For the reasons stated in the accompanying Memorandum Opinion of even date, it is hereby

**ORDERED** that the motion to transfer is **DENIED**.

                              S_____
                                   Curtis V. Gómez
                                     Chief Judge