NOT FOR PUBLICATION

### IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
### DIVISION OF ST. THOMAS AND ST. JOHN

|  |  |  |
|---|---|---|
| ALAN P. BORGHI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| PURPLE GROUP, INC., d/b/a PURPLE | ) | |
| PAPAYA OF ST. THOMAS, and Z&E, | ) | Civil No. 2008-36 |
| INC., d/b/a PURPLE PAPAYA, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

ATTORNEYS:

**Karin A. Bentz, Esq.**
St. Thomas, U.S.V.I.
    *For the plaintiff,*

**Charles Edward Lockwood, Esq.**
St. Croix, U.S.V.I.
    *For the defendants.*

<u>ORDER</u>

**GÓMEZ, C.J.**

Before the Court is the motion of defendant Z&E, Inc.

("Z&E") to sever the claims of Alan P. Borghi ("Borghi") against

Purple Group, Inc., d/b/a Purple Papaya of St. Thomas ("Purple

Group") from the claims against Z&E, Inc., d/b/a Purple Papaya

("Z&E").  In support of the motion, Z&E argues that severance is

appropriate because it would allow Borghi to proceed against Z&E

in St. Croix, while the claims against Purple Group would remain

in St. Thomas.  That argument presumes that transfer of the

*Borghi v. Purple Group, Inc., d/b/a Purple Papaya of St. Thomas, et al.*
Civil No. 2008-36
Order
Page 2

matter to St. Croix is appropriate with respect to Z&E.  However,

the Court has already determined that transfer is inappropriate

with respect to Z&E.  Accordingly, it is hereby

    **ORDERED** that the motion to sever is **DENIED.**


                      S\_____
                            **Curtis V. Gómez**
                            **Chief Judge**